IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TERESA BUTLER,**

  **Plaintiff,**

v.           Case No. 1:13cv125-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

  **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 52. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion as follows:

1. Defendant's Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g), ECF No. 51 is **GRANTED**.

2. This action is **REMANDED** to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g) for the Appeals Council to determine if all the materials, including the hearing record, are complete and, if so, to prepare the certified administrative record. If not, the Appeals Council shall remand the case to an

1

Administrative Law Judge to reconstruct the administrative record, hold another hearing, and issue a new decision for the period of September 16, 2010, to November 25, 2014.

3. The Commissioner should provide the Court with **status reports** every three months regarding the progress of the remand process.

4. This Court shall retain jurisdiction in this matter and the Clerk shall withhold the entry of final judgment in this case because this cause is remanded pursuant to Sentence Six of 42 U.S.C. § 405(g). **The Clerk shall, however, administratively close this matter pending the completion of the administrative proceedings.** The parties shall request that the Court re-open this matter at the conclusion of the administrative proceedings.

**SO ORDERED on April 10, 2018.**

        **s/Mark E. Walker_____**
        **United States District Judge**